IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br> vs.<br><br>DANIEL LOCK, and TAYLOR ZIMMERLING,<br><br>    Defendants. | **4:22CR3023**<br><br>**ORDER** |

Defendant Zimmerling has moved to modify the conditions of her release, (Filing No. 79). Zimmerling asks for an order permitting her to have contact with codefendant Daniel Lock as needed to provide parenting for their minor child. Neither pretrial services nor the government oppose the motion. The court finds the motion should be granted.

 Accordingly,

 IT IS ORDERED:

1) Defendant Zimmerling's motion, (Filing No. 79), is granted.

2) Defendants Lock and Zimmerling are permitted to have telephonic and in person contact for the purposes of being parents and making parental decisions for their minor child.

3) Defendants are not permitted to reside together.

Dated this 28th day of April, 2023.

            BY THE COURT:

            *s/ Cheryl R. Zwart*
            United States Magistrate Judge